UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br>Darren Weiss<br>_____<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **AMENDED EXHIBIT B TO PRETRIAL ORDER #8 –**<br>**FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, **Darren Weiss** , states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, **Darren Weiss** , is a resident and citizen of the State of **Ohio** and claims damages as set forth below.

3. ~~Plaintiff's Spouse, _____, is a resident and citizen of the State of _____, and claims damages as set forth below.~~

*[Cross out Spousal Claim if not applicable.]*

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where

1

this Complaint would have been filed absent the direct filing order by this Court is U.S. District Court Southern District of Ohio_____.

6. Plaintiff brings this action *[check the applicable designation]*:

☑ On behalf of [himself/herself];

☐ In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

7. On or about July 10, 2015_____, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] Left total hip arthroplasty [Type of Surgery] at the Grandview Hospital, 405 West Grand Avenue [medical center and address], in Dayton, OH [city and state], by Dr. Aivars Vitols.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). The Pathogen identified was Methicillin-resistant Staphylococcus aureus (*if known*).

2

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone __Incision & drainage of left hip infection with exchange of polyethylene liner and ceramic head, placement of antibiotic beads__ [Describe treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about __October 2, 2015__, at __Grandview Hospital, 405 West Grand Avenue, Dayton, OH__ [medical center(s) and address(es)] by Dr(s). __Aivars Vitols__. [Cross out if not applicable.]

**ALLEGATIONS AS TO INJURIES**

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

☑ INJURY TO HERSELF/HIMSELF
☑ INJURY TO THE PERSON REPRESENTED
☐ WRONGFUL DEATH
☐ SURVIVORSHIP ACTION
☑ ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable): [Cross out if not applicable.]

☐ LOSS OF SERVICES
☐ LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

☑ FIRST CAUSE OF ACTION - NEGLIGENCE;

3

- [✓] SECOND CAUSE OF ACTION - STRICT LIABILITY;
  - [✓] FAILURE TO WARN
  - [✓] DEFECTIVE DESIGN AND MANUFACTURE
- [✓] THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;
- [✓] FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF Ohio, O. R. C. A. §§ 1302.27;
- [✓] FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;
- [✓] SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;
- [✓] SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;
- [✓] EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;
- [✓] NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF Ohio, O. R. C. A. §§ 1345.13 et seq. ;
- [✓] TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;
- [✓] ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;
- [✓] TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;
- [ ] THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and
- [✓] FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

4

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____.

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement;
7. Restitution of remedy Defendants' unjust enrichment; and
8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: 05/30/2017

Respectfully submitted,
DAVIS & CRUMP, P.C.
/s/ Martin D. Crump
Martin D. Crump (MSB #10652)
Robert D. Cain, Jr. (MSB #104283)
2601 Fourteenth Street
Gulfport, MS 39507
Phone: (228) 863-6000

5